John P. Friedlund, Appellant, v. Howard F. Bishop and Eugene H. Dupee, Individually and as Co-Partners Trading as Lyman, Adams, Bishop and Dupee, Appellees.

Gen. No. 41,237. 

opinion filed June 25, 1941. Marston, Friedlund & Friedlund, for appellant; Emil N. Levin, of counsel; Jerome J. Sladkey, for certain appellee; William J. Sheridan and Eugene H. Dupee, Jr., for certain other appellee. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''